In the Matter of the Assignment of Thomas H. Spaulding et al., Doing Business under the Firm Name of Spaulding Machine Screw Company.

William H. Crosby, Appellant; John R. Keim et al., Respondents.

*Matter of Spaulding*, 172 App. Div. 931, affirmed.
(Argued June 12, 1917; decided July 11, 1917.)

Appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 5, 1916, which affirmed an order of Special Term settling the accounts of an assignee for the benefit

of creditors. Appellant contended that the account as presented and settled was on its face false and fabricated, and not a legal account, and was not entitled in law to be allowed or settled.

*Edward R. Bosley* and *Norris Morey* for appellant.

*Charles E. Rushmore* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CUDDEBACK, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.